David S. Gingras, #021097
**Gingras Law Office, PLLC**
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
David@GingrasLaw.com

Attorney for Plaintiff
Andreous Theoklis

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Andreous Theoklis, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NET Holding A.Ş., a Turkish Joint Stock Corporation, and<br>Merit Turizm Yatirim ve Işletme A.Ş., a Turkish Joint Stock Corporation<br><br>Defendants. | Case No. 26-cv-03318<br><br>**PLAINTIFF'S FIRST STATUS REPORT RE: SERVICE ON FOREIGN DEFENDANTS** |

Yesterday, on August 10, 2026 the Court issued an order (Doc. 10) requiring Plaintiff to file a Status Report every 30 days indicating the status of service on the foreign Defendants.

Shortly after the Court's order was issued, undersigned counsel received an update in the form of a declaration from Stellar Konsulting, a copy of which is submitted herewith. Rather than waiting 30 days to provide this information to the Court, Plaintiff submits the following Status Report.

In the attached declaration, an individual employed by Stellar Konsulting explains the steps they have taken to effect service under the Hague Convention. Among

GINGRAS LAW OFFICE, PLLC
4802 E. RAY ROAD, #23-271
PHOENIX, AZ 85044

other things, Stellar Konsulting explains that all relevant documents have been translated into Turkish and transmitted to the Central Authority in Turkey for service. The declaration concludes with the following:

> Türkiye has a published timeline of three months for the Central Authority to execute the requests for service. This time period begins upon receipt of the applications and accompanying documents. As the process is under the control of the Central Authority and competent authorities in Türkiye, we are unable to expedite processing. We will conduct regular follow-ups with staff members of the Central Authority regarding the status of the request.

Based on the foregoing, undersigned counsel will continue to monitor the status of this matter, and will provide additional status reports every 30 days hereafter (including reports which indicate, if accurate, that no further updates have been received).

Respectfully Submitted: August 11, 2026.

**GINGRAS LAW OFFICE, PLLC**

David S. Gingras, Esq.
Attorney for Plaintiff
Andreous Theoklis

GINGRAS LAW OFFICE, PLLC
4802 E. RAY ROAD, #23-271
PHOENIX, AZ 85044