# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Theoklis Andreou,<br>*Plaintiff(s)*<br>v.<br>NET Holding A.Ş., a Turkish Joint Stock Corporation; Merit Turizm Yatirim ve Işletme A.Ş., a Turkish Joint Stock Corporation,<br>*Defendant(s)* | Civil Action No. CV-26-03318-PHX-ROS |

## DECLARATION OF PROCESS SERVER

I, Numan Amjad, am employed as a Manager with Stellar Konsulting L.L.C., an entity that assists attorneys, solicitors, law firms, local authorities, and private individuals with international service of process under Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters and under Inter-American Service Convention.

1. On Tuesday, August 4, 2026, I was instructed by John Berryhill, Ph.D., Esq., 1300 MacDade Blvd., Suite 1, Folsom, PA 19033, to prepare and submit a request under Article 5(1) of Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, for the service in Türkiye of documents listed in point 2 upon Merit Turizm Yatirim ve İşletme A.Ş., a Turkish Joint Stock Corporation.

2. I was provided with the following documents in English:

   a) Summons; and
   b) Complaint with Exhibit A.

3. I arranged to get certified translations of the above referred documents into Turkish language.

4. I prepared Hague service application forms for service upon the above-named entity. On August 10, 2026, I submitted Hague service application forms, along with the aforementioned documents and their certified Turkish translations, to the Central Authority of Türkiye responsible for handling incoming Hague service requests under Article 5(1) of the Hague Convention.

5. The Directorate General for Foreign Relations and EU Affairs, Ministry of Justice of Türkiye, is the central authority for handling all incoming Hague service requests in Türkiye.

6. While preparing and submitting the service applications, I ensured that all procedural requirements, insofar as they relate to service of documents under the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, are complied with.

7. Türkiye has a published timeline of three months for the Central Authority to execute the requests for service.[1] This time period begins upon receipt of the applications and accompanying documents. As the process is under the control of the Central Authority and competent authorities in Türkiye, we are unable to expedite processing. We will conduct regular follow-ups with staff members of the Central Authority regarding the status of the request.

**I understand that I am swearing or affirming under oath the truthfulness of the claims made in this affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

Signed this 10th day of August, 2026

Numan Amjad

[1] *https://www.hcch.net/en/states/authorities/details3/?aid=277*