David S. Gingras, #021097
**Gingras Law Office, PLLC**
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
David@GingrasLaw.com

Attorney for Plaintiff
Andreous Theoklis

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Andreous Theoklis, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NET Holding A.Ş., a Turkish Joint Stock Corporation, and<br>Merit Turizm Yatirim ve Işletme A.Ş., a Turkish Joint Stock Corporation<br><br>Defendants. | Case No. 26-cv-03318<br><br>**PLAINTIFF'S <u>SECOND</u> STATUS REPORT RE: SERVICE ON FOREIGN DEFENDANTS** |

On August 10, 2026 the Court issued an order (Doc. 10) requiring Plaintiff to file a Status Report every 30 days indicating the status of service on the foreign Defendants. The next day, on August 11, 2026, Plaintiff filed his First Status Report (Doc. 11) explaining that he retained a third-party consulting service (Stellar Consulting) to complete service in Turkey on the Turkish-resident defendants in compliance with the Hague Convention, and that all steps required to comply with that process had been completed as of that date.

Per the attached email, Stellar was asked provide a status update. In response Stellar stated: "The documents arrived at the office of Turkish central authority on August 21, 2026 and their published timeline [for completion of service] is 3 months."

GINGRAS LAW OFFICE, PLLC
4802 E. RAY ROAD, #23-271
PHOENIX, AZ 85044

Stellar's case manager further explained, "After 3 months have passed, we will conduct a status check every 30 days but till the time documents are served, the only update we receive from the central authority is that 'it is in process'."

Based on the above, Plaintiff will file another status update on or about October 10, 2026.

Respectfully Submitted: September 10, 2026.

**GINGRAS LAW OFFICE, PLLC**

David S. Gingras, Esq.
Attorney for Plaintiff
Andreous Theoklis

GINGRAS LAW OFFICE, PLLC
4802 E. RAY ROAD, #23-271
PHOENIX, AZ 85044