**David Gingras**

**From:** Stellar Konsulting <operations@stellarkonsulting.com>
**Sent:** Wednesday, September 9, 2026 2:03 PM
**To:** John Berryhill; Hague Status
**Cc:** David Gingras
**Subject:** RE: Signed Declaration - Turkey - Merit Turizm Yatirim ve Işletme A.Ş

Hi John,

The documents arrived at the office of Turkish central authority on August 21, 2026 and their published timeline is 3 months [Source].

We have scheduled to commence follow-ups once the time approaches so the 30-day timeline is currently not realistic. After 3 months have passed, we will conduct a status check every 30 days but till the time documents are served, the only update we receive from the central authority is that 'it is in process'.

@Hague Status please note.

Thanks and Regards

Numan Amjad
Case Manager

Stellar Konsulting L.L.C.
5101 Santa Monica Blvd Ste 8, PMB 1330, Los Angeles, CA 90029, United States
Office: +1 (213) 786 1161
Fax: +1 (213) 283 6626
www.stellarkonsulting.com
Member of American Bar Association
Member of California Association of Legal Support Professionals
Member of National Association of Professional Process Servers (NAPPS)
Member of the Association of British Investigators – Membership number OV668
Member of World Association of Detectives – Membership Number 1238
Member of American Translators Association – M-178030

The documents contained in and accompanying this e-mail transmission contain information belonging to sender or its client(s) which is privileged by law as private and/or proprietary information, attorney communication, attorney work product, or other client applicable privileges. The information contained in this e-mail is intended solely for the use of the individual(s) and/or entity(ies) named above. If you are not one of the individuals or entities named above, you are prohibited, under law, from reviewing, observing, or retaining this e-mail. YOU ARE FURTHER NOTIFIED that under the law you are prohibited from disclosing, copying, distributing, disseminating, or taking any other action with regard to this e-mail or the information set forth therein. YOU ARE FURTHER NOTIFIED that if you are using email, text, fax or the telephone to send us work, documents, notices or other materials consequent to engaging our services, you acknowledge that you have read, understood and agree to the Terms and Conditions of our website, and that those entire Terms and Conditions are fully incorporated hereunder by this. YOU ARE FURTHER NOTIFIED that all estimates for services are subject to change in the event your assignment requires more time or cost than originally planned. No warranty of a particular outcome, result or recovery of information or service is promised or guaranteed by us. We agree to achieve the goals of the engagement with aggressive, professional methods, within the bounds of the law. YOU ARE FURTHER NOTIFIED that no part of our services are to be treated as legal opinion and no liability is assumed for any actions taken or not taken as a result of or on the basis of any communication with us.