FAEGRE DRINKER BIDDLE & REATH LLP
Kathryn E. Bettini (No. 032568)
4800 North Scottsdale Road, Suite 2200
Scottsdale, Arizona 85251
Telephone: (480) 643-1850
E-mail: kathryn.bettini@faegredrinker.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Andreous Theoklis, an individual,

Plaintiff,

vs.

NET Holding A.Ş., a Turkish Joint Stock Corporation, and Merit Turizm Yatirim ve Işletme A.Ş., a Turkish Joint Stock Corporation,

Defendants.

No. CV-26-03318-PHX-ROS

NOTICE OF APPEARANCE

Defendants hereby give notice of appearance of Kathryn E. Bettini as counsel for Defendants in this matter. All notices, pleadings, and other documents filed and/or served in this case should be delivered to counsel for Defendants, addressed as follows:

Kathryn E. Bettini (No. 032568)
E-mail: kathryn.bettini@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
4800 North Scottsdale Road, Suite 2200
Scottsdale, Arizona 85251
Telephone: (480) 643-1850

DATED this 13th day of October, 2026.

FAEGRE DRINKER BIDDLE & REATH LLP

By: s/ Kathryn E. Bettini
Kathryn E. Bettini
4800 North Scottsdale Road, Suite 2200
Scottsdale, Arizona 85251

Attorneys for Defendants

Filed electronically with the Court and served on parties of record by the Court's CM/ECF system this 13th day of October, 2026.

s/ Mary Ann Villa

379880835

Faegre Drinker Biddle & Reath LLP
4800 North Scottsdale Road, Suite 2200
Scottsdale, Arizona 85251
(480) 643-1850